# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN SHAPIRO,

    Plaintiff

v.

JOY CAMPANELLI, et al.,

    Defendants

Case No.: 3:25-cv-00735-MMD-CSD

**Order**

Under Local Rule IA 3-1, a pro se party must *immediately* file with the court written notification of any change of mailing address.

The court issued an order on February 12, 2026, granting Plaintiff's application to proceed *in forma pauperis* and dismissed the complaint with leave to amend. (ECF No. 3.) That order was returned as undeliverable. (ECF No. 5.)

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action without prejudice or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: March 11, 2026

_____
Craig S. Denney
United States Magistrate Judge