# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN SHAPIRO,

    Plaintiff

v.

JOY CAMPANELLI,

    Defendant

Case No.: 3:25-cv-00735-MMD-CSD

**Report & Recommendation of
United States Magistrate Judge**

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff filed an application to proceed *in forma pauperis* (IFP) and pro se complaint on December 15, 2025. (ECF Nos. 1, 1-1.) On February 12, 2026, the court issued an order granting Plaintiff's IFP application, but the court dismissed the complaint with leave to amend because the complaint did not include any factual allegations regarding how the defendant violated Plaintiff's rights. Plaintiff was given 30 days to file an amended complaint. (ECF No. 3.)

That order was returned as undeliverable. (ECF No. 5.)

On March 11, 2026, the court issued an order giving Plaintiff 21 days to update his contact information with the court, and was cautioned that a failure to do so would result in dismissal of this action without prejudice. (ECF No. 6.)

To date, Plaintiff has not updated his contact information with the court, and has not filed an amended complaint.  Therefore, this action should be dismissed without prejudice pursuant to Local Rule IA 3-1.

///

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: April 7, 2026

_____
Craig S. Denney
United States Magistrate Judge