UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN SHAPIRO,

                             Plaintiff,

     v.

JOY CAMPENELLI,

                             Defendant.

Case No. 3:25-cv-00735-MMD-CSD

ORDER

*Pro se* Plaintiff John Shapiro filed a complaint under 42 U.S.C. § 1983 (ECF No. 1-1- ("Complaint")). Before the Court is the Report and Recommendation (ECF No. 8 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court dismiss the action without prejudice. Plaintiff had until April 21, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct *de novo* review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recounts that the Court previously dismissed Plaintiff's Complaint with leave to amend on February 12, 2026. (ECF No. 3 ("Dismissal Order").) The Dismissal Order granted Plaintiff 30 days to file an amended complaint. The Dismissal Order was returned as undeliverable. (ECF No. 5.) One March 11, 2026, the Court issued an order granting Plaintiff 21 days to update his contact information with the Court in compliance with the Local Rules. (ECF No. 6.) In that order, the Court cautioned Plaintiff that failure to do so would result in dismissal of this action without prejudice. (*Id.*) To date, Plaintiff has not

updated his contact information with the Court or filed an amended complaint. The Court therefore agrees with Judge Denney that the case should be dismissed without prejudice under Local Rule IA 3-1.

It is therefore ordered that Judge Denney's R&R (ECF No. 8) is accepted and adopted in full.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 12th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE